UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER R. BARBOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social<br>Security Administration,<br><br>    Defendant. | No. C 02-04269 MJJ (BZ)<br><br>**REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES** |

On February 7, 2006, the Honorable Martin J. Jenkins referred to me the Motion for Award of Attorney's Fees [docket # 17] for a report and recommendation. Plaintiff's attorney Harvey P. Sackett, Esq. requested a fee of $7,492.25 for obtaining a favorable result for his client, Esther Barbour, in addition to the $4,700 he has previously been awarded. On April 17, 2006, the Commissioner filed a response of non-opposition to granting these fees to Mr. Sackett. The total fees Mr. Sackett would obtain, $12,192.25, appear consistent with his fee agreement with Ms. Barbour.

Mr. Sackett did not file a proposed order. I therefore recommend that Mr. Sackett's motion for attorney's fees be **GRANTED**, and he receive additional attorney's fees in the amount of $7,492.25.

Dated: April 19, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BARBOUR\ATTYFEE.ORD.wpd